No. 04–350. FLUOR DANIEL, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 04–357. GUNDY, WARDEN v. SCOTT. C. A. 6th Cir. Certiorari denied.

No. 04–417. BILL HEARD CHEVROLET INC.-PLANT CITY v. BRAGG ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–439. JOHNSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–463. JEAN CO., LTD. v. ELONEX I. P. HOLDINGS, LTD., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 04–471. FAUST v. WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 04–488. CRYSTIAN ET AL. v. TOWER LOAN OF MISSISSIPPI INC. ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–499. JAE WON JEONG v. TAIHEIYO CEMENT CORP. ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 04–557. CUENCA v. UNIVERSITY OF KANSAS ET AL. C. A. 10th Cir. Certiorari denied.

No. 04–641. DUPAGE COUNTY, ILLINOIS v. PALMETTO PROPERTIES, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 04–649. PARMAR v. CALIFORNIA. App. Div., Super. Ct. Cal., County of Sacramento. Certiorari denied.

No. 04–650. KRETCHMAR v. DIGUGLIELMO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD. Sup. Ct. Pa. Certiorari denied.

No. 04–655. URBAN v. HURLEY. C. A. 2d Cir. Certiorari denied.